EDWARD H. LITCHFIELD, Appellant, *v.* GEORGE W. SISSON et al., Respondents.

*Litchfield* v. *Sisson*, 8‡ App. Div. 641, affirmed.
(Argued May 3, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 1, 1903, affirming a judgment in, favor of defendants entered upon the report of a referee.

*Hamilton Wallis* for appellant.

*Jotham P. Allds* and *Frank L. Bell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Not voting: VANN, J.